1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant BUFFKIN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,         )
                                     )   No. CR-06-00568-SBA
11              Plaintiff,           )
                                     )
12       v.                          )
                                     )   ORDER FOR CONTINUANCE AND
13                                   )   EXCLUSION OF TIME UNDER THE
                                     )   SPEEDY TRIAL ACT, 18 U.S.C. §
14 BRADFORD BUFFKIN,                 )   3161 ET SEQ.
                                     )
15                                   )
                Defendant.
16 _____

17

18                              **ORDER**

   Based on the reasons provided in the stipulation of the parties above, it is ORDERED that
19 the ARRAIGNMENT APPEARANCE date of August 23, 2006, scheduled at 10:00 a.m., before
   the Honorable Wayne D. Brazil, be vacated and reset for September 6, 2006 at 10:00 a.m.
20
       It is further ORDERED that time be excluded between August 23, 2006 and September 6,
21 2006 based on the need for counsel to continue investigating this case. The court finds that the
   ends of justice would be served by granting the continuance.
22 DATED: August 22, 2006

23

24                                                    IT IS SO ORDERED
                                                      /s/ Wayne D. Brazil
25                                                    Judge Wayne D. Brazil
                                          _____
26                                        HON. _____
                                          UNITED STATES MAGISTRATE JUDGE