1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  1301 Clay St.
   Oakland, CA 94612
4
   Counsel for Defendant BRADFORD BUFKIN
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )  No. CR 06-568 SBA
12                Plaintiff,           )
                                       )  STIPULATION AND
13       v.                            )  ORDER FOR CONTINUANCE AND
                                       )  EXCLUSION OF TIME UNDER THE
14                                     )  SPEEDY TRIAL ACT, 18 U.S.C. §
15 BRADFORD BUFKIN,                    )  3161 ET SEQ.
                                       )
16                Defendant.           )

17

18
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS
19
   HEARING date of May 19, 2008, scheduled at 2:00 p.m., before the Honorable Saundra Brown
20
   Armstrong, be vacated and reset for June 10, 2008 at 9:00 a.m as a CHANGE OF PLEA.
21
        The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)
22
   and (B)(iv).  The current status of the case is that the defendant is charged with one count of
23
   violating 18 U.S.C. § 1542, false statement in passport application.  The parties are engaged in plea
24
25 negotiations and anticipate coming to an agreed-upon resolution of this case.  However, the defense
26

- 1 -

requires investigation and review of additional records which may be relevant to any negotiated disposition of the case. The defense has requested these records, and anticipates that they will take several weeks to obtain. The requested continuance will allow the defense to obtain and review necessary records and for the parties to continue their plea negotiations. The failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate that the time from May 19, 2008 to June 10, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

/S/

DATED: May 14, 2008

WADE RHYNE
Assistant United States Attorney

/S/

DATED:  May 14, 2008

COLLEEN MARTIN
Assistant Federal Public Defender
Counsel for Bradford Bufkin

I hereby attest that I have on file all holograph signatures for any signatures for any indicated by a "conformed" signature (/S/) within this e-filed document.

//

//

//

- 2 -

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1.  The ends of justice served by the granting of the continuance from May 19, 2008 until June 10, 2008, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2.  Given counsel's need to obtain additional records, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS FURTHER ORDERED that the STATUS date of May 19, 2008, scheduled at 2:00 p.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for June 10, 2008, at 11:00 a.m.

DATED: 5/15/08

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge