1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WADE M. RHYNE (CABN 216799)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA 94612
        Telephone: (510) 637-3693
7       Facsimile: (510) 637-3724
        E-Mail: wade.rhyne@usdoj.gov
8
9   Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,        )      No. CR-06-0568 SBA
                                     )
15              Plaintiff,           )
                                     )      STIPULATION TO SCHEDULE
16       v.                          )      HEARING FOR CHANGE OF PLEA AND
                                     )      SENTENCING; ORDER EXCLUDING
17  BRADFORD KENT BUFKIN,            )      TIME
                                     )
18              Defendant.           )
    _____)
19

20          Plaintiff, by and through its attorney of record, and defendant, by and through his

21  attorney of record, hereby stipulate and ask the Court to find as follows:

22          1.      The government and defendant have reached a negotiated disposition in which

23  defendant will plead guilty to a binding plea agreement.

24          2.      Accordingly, the parties hereby submit the proposed plea agreement, submitted

25  under separate cover for the Court's consideration pursuant to Federal Rule of Criminal

26  Procedure 11(c)(1)(C).  The parties further stipulate and request that the Court find and order the

27  following:

28          That a hearing for change of plea and imposition of judgment and sentence be scheduled

                                          1

for 10:00 a.m. on September 23, 2008; that the Court vacate the June 17, 2008 status conference; and that the time period from June 17, 2008, through September 23, 2008, be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 13, 2008

WADE M. RHYNE
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 13, 2008
                                    /S/
COLLEEN MARTIN
Attorney for Defendant

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on September 23, 2008.   The June 17, 2008 status conference is hereby vacated.  Time is excluded for purposes of the Speedy Trial Act from June 17, 2008, through the hearing date of September 23 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the

defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).  The

United States Probation Office is ordered to prepare a Presentence Report for defendant.

DATED:  6/16/08

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE